**Order filed January 19, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

### NO. 14-11-00602-CV
_____

**CHRISTINE E. REULE, Appellant**

**V.**

**COLONY INSURANCE COMPANY, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-46357A**

---

## ORDER

This is an appeal from a summary judgment signed April 6, 2011. The trial court denied a contest to appellant's affidavit of indigence and determined that appellant is entitled to preparation of the record without the advance payment of costs by order signed July 22, 2011. On August 11, 2011, appellant requested preparation of the reporter's records from hearings conducted on February 11, 2011, March 11, 2011, and March 23, 2011. The reporter's record in this case was due **August 4, 2011.** *See* Tex. R. App. P. 35.1. Michelle Tucker, the official court reporter, requested an extension of time to file the record and advised this court that two additional substitute reporters, Arlene Webb and

Tony Baiamonte, reported hearings in this case. This court granted an extension of time to file the record until November 16, 2011. The record has not been filed and no further requests for an extension of time to file the record have been received. Accordingly, we issue the following order.

We order **Michelle Tucker, Arlene Webb, and Tony Baiamonte,** court reporters, to file the records from the hearings conducted on February 11, 2011, March 11, 2011, and March 23, 2011, with the clerk of this court **on or before February 21, 2012.** If any court reporter named above does not timely file the record as ordered, the court may issue a show cause order directing him or her to appear before this court on a date certain to show cause why he or she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

2